DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHARLES EDWARD BENTLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2341

_____

June 12, 2026

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Blair Allen, Public Defender, and David L. Redfearn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.